ELEANOR OLIVER, RESPONDENT, v. MacKINLAY KANTOR ET AL., APPELLANTS.

Submitted October 27, 1939—Decided January 25, 1940.

For the appellants, *Townsend & Doyle.*

For the respondent, *William K. Flanagan.*

PER CURIAM.

The judgment under review should be affirmed, for the reasons expressed in the opinion delivered by Mr. Justice Heher in the Supreme Court.

*For affirmance*—THE CHANCELLOR, TRENCHARD, CASE, DONGES, PERSKIE, PORTER, HETFIELD, DEAR, WELLS, WOLFS-KEIL, RAFFERTY, HAGUE, JJ. 12.

*For reversal*—None.